RECEIVED
MAR 2 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EDNA EILEEN BURGE, ET AL. | MISC. CASE NO. 17-mc-15 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Edna Eileen Burge, as Administrator and Derivative Claimant, and Terry Burge, Brenda Burge, and Danny Burge, as Derivative Claimants, of the Estate of Charles Burge, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 24th day of March, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE